No. 312.   L'HOMMEDIEU ET AL. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK ET AL. *Per Curiam:* The judgment is affirmed.  *Adler v. Board of Education,* 342 U. S. 485, decided March 3, 1952.  MR. JUSTICE BLACK, MR. JUSTICE FRANKFURTER, and MR. JUSTICE DOUGLAS dissent for the reasons stated in their respective dissenting opinions in *Adler* v. *Board of Education, supra,* at pp. 496, 497, 508.  *Edward J. Ennis* for appellants. *Nathaniel L. Goldstein,* Attorney General of New York, for appellees.

No. 579.   INTERSTATE COMMERCE COMMISSION ET AL. *v.* JAMES MCWILLIAMS BLUE LINE, INC. ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.  *Interstate Commerce Commission* v. *Mechling,* 330 U. S. 567.  *Daniel W. Knowlton, H. L. Underwood, Hewitt Biaett, Martin A. Meyer, Jr., H. Merle Mulloy, John R. Wall* and *J. P. Fishwick* for the Interstate Commerce Commission et al.; and *Bernard Sobol* for the Chesapeake & Ohio R. Co. et al., appellants.  *Parker McCollester* for the James McWilliams Blue Line, Inc. et al.; and *Robert W. Knox* for Wyatt, Inc. et al., appellees.

No. 319, Misc.   BIRCHAM *v.* BUCHANAN, WARDEN, ET AL.; and

No. 320, Misc.   BIRCHAM *v.* KENTUCKY.   Petitions for writs of certiorari to the Court of Appeals of Kentucky dismissed on motions of counsel for petitioner.  *William M. Burkhalter* and *Rodes K. Myers* for petitioner.